UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION



FILED

JUN 2 8 2006

US DISTRICT COURT, EDNC   CLERK
BY _____ DEP. CLK

| | | |
|---|---|---|
| MICHAEL MCKEE | ) | |
|      Petitioner | ) | |
| | ) | |
|      v. | ) | O R D E R |
| | ) | |
| JOSEPH HALL | ) | |
|      Respondent(s) | ) | |

It appearing from the application for writ of habeas corpus of Michael McKee, a state prisoner, that petitioner was convicted and sentenced in the Superior Court of Union County, within the territorial jurisdiction of the United States District Court for the Western District of North Carolina, and is presently in custody in Harnett County, within the territorial jurisdiction of the Eastern District.

Now therefore, pursuant to the provisions of Section 2241(d) of Title 28 of the United States Code, and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina, and particularly under the authority and by the direction of the United States District Court for the Eastern District of North Carolina;

It is ORDERED that the entire record of this proceeding, including a certified copy of this order, be and the same is hereby transferred to the United States District Court for the Western District of North Carolina, the district within which the state court was held which convicted and sentenced the petitioner, for all further proceedings. Let a certified copy of this order be mailed to the petitioner.

This 27 day of June, 2006.

I certify the foregoing to be a true and correct copy of the original.
     , Clerk
United States District Court
Eastern District of North Carolina

By _____
         Deputy Clerk

_____
Michael D. Brooks, Acting Clerk