```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                    CHARLOTTE DIVISION
                     3:06CV273-MU-02
```

| | |
|---|---|
| **MICHAEL McKEE,**  )<br>    **Petitioner,**  )<br>)<br>    **v.**  )<br>)<br>**JOSEPH HALL, Supt.,**  )<br>    **Respondent.**  )<br>_____) | **ORDER** |

**THIS MATTER** comes before the Court on an initial review of the petitioner's "Petition Under 28 U.S.C. 2254 . . . ," filed June 30, 2006.

By his document, it appears that the petitioner is seeking <u>habeas</u> review for two[1] separate North Carolina cases in which he was convicted in the Superior Court of Union County.  However, the rules governing <u>habeas corpus</u> proceedings permit the challenge of only one case per form-Petition.  Accordingly, the Court will direct the petitioner to file his amended Petition(s) as hereafter directed.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.  That the petitioner shall submit his amended Petition(s) setting for his challenges to only one case per Petition.  Should the petitioner choose to file separate Petitions to challenge

---

[1] The petitioner's Petition lists his convictions in both case number 00CRS13373 and case number 03CRS54118.

both of his cases, he must pay the $5.00 filing fee for his second Petition.

    2. That for the petitioner's convenience, the Clerk shall enclose to him two (2) §2254 form Petitions along with a copy of this Order.

    3. That within thirty (30) days from the date of this Order, the petitioner shall file his amended Petition(s) with this Court. **Failure to file the amended Petition(s) as herein directed could result in the summary dismissal of this action**.

    **SO ORDERED.**

Signed: July 30, 2006

Graham C. Mullen
United States District Judge