# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael McKee,

    Petitioner,  JUDGMENT IN A CIVIL CASE

vs.  3:06cv273

Joseph Hall,

    Respondent.


DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/24/2009 Order.


Signed: March 24, 2009

Frank G. Johns, Clerk
United States District Court